RODERICK M. THOMPSON (State Bar No. 96192)
  rthompson@fbm.com
JEFFREY M. FISHER (State Bar No. 155284)
  jfisher@fbm.com
DEEPAK GUPTA (State Bar No. 226991)
  dgupta@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
ZEP SOLAR, INC.; TRINA SOLAR (U.S.), INC.; and
CHANGZHOU TRINA SOLAR ENERGY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEP SOLAR, INC., a California corporation; TRINA SOLAR (U.S.), INC., a Delaware corporation; and CHANGZHOU TRINA SOLAR ENERGY CO., LTD., a People's Republic of China Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTINGHOUSE SOLAR, INC., (formerly known as AKEENA SOLAR, INC.), a Delaware corporation; and ANDALAY SOLAR, INC., a California corporation,<br><br>Defendants. | Case No. 3:11-CV-03800-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING REEXAMINATION OF U.S. PATENT NO. 7,987,641** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Zep Solar, Inc., Trina Solar (U.S.), Inc., and Changzhou Trina Solar Energy Co., Ltd. (collectively, "Plaintiffs"), and Defendants Westinghouse Solar, Inc. (formerly known as Akeena Solar, Inc.), and Andalay Solar, Inc. (collectively, "Defendants"), hereby stipulate as follows:

## STIPULATION

WHEREAS, on August 2, 2011, Plaintiffs filed this action seeking a declaratory judgment of non-infringement and invalidity of U.S. Patent No. 7,987,641 (the "'641 Patent") (Dkt. 1);

WHEREAS, on August 5, 2011, Plaintiffs filed with the United States Patent and Trademark Office ("PTO") a request for *inter partes* reexamination of the '641 Patent with proposed rejections of all claims of the '641 Patent in view of certain prior art (App. Num. 95/001,704);

WHEREAS, on September 23, 2011, the PTO granted Plaintiffs' request for *inter partes* reexamination and issued a first office action with non-final rejections of all claims of the '641 Patent;

WHEREAS, this Court has stayed other litigation involving Plaintiff Zep Solar and Defendants pending *inter partes* reexamination of a patent related to the '641 Patent and has ordered the parties to submit a joint status report regarding the status of those reexamination proceedings every 120 days, or sooner if the PTO issues a final decision, until that stay is lifted (Case 3:09-cv-05040-JSW, Dkt. 75, pp. 7-8 (involving U.S. Patent No. 7,406,800));

NOW, THEREFORE, IT IS HEREBY STIPULATED, by all parties to this action, through their counsel of record, that,

1. This action be stayed pending conclusion of reexamination proceedings for the '641 Patent;

2. All case deadlines, including Defendants' time to respond to the Complaint, the Case Management Conference set for October 28, 2011 and related deadlines, and any other deadlines, be taken off calendar (Dkts. 20 & 22); and

3. The parties shall submit a joint status report regarding the status of reexamination proceedings every 120 days, or sooner if the PTO issues a final decision, until the stay is lifted.

/ / /
/ / /
/ / /
/ / /

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ~~PROPOSED~~ ORDER
FOR STAY / CASE NO. 3:11-CV-03800 JSW
- 2 -
27066\2793471.1

| | | |
|---|---|---|
| 1 | Dated: September 30, 2011 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Jeffrey M. Fisher |
| 4 | | Jeffrey M. Fisher |
| 5 | | Attorneys for Plaintiffs<br>ZEP SOLAR, INC.; TRINA SOLAR (U.S.), INC.; and CHANGZHOU TRINA |
| 6 | | SOLAR ENERGY CO., LTD. |
| 7 | Dated: September 30, 2011 | SNELL & WILMER LLP |
| 8 | | |
| 9 | | By: /s/ J. Rick Taché |
| 10 | | J. Rick Taché |
| 11 | | Attorneys for Defendants<br>WESTINGHOUSE SOLAR, INC. and ANDALAY SOLAR, INC. |

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: October 3, 2011

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ~~PROPOSED~~ ORDER
FOR STAY / CASE NO. 3:11-CV-03800 JSW

- 3 -

27066\2793471.1