RODERICK M. THOMPSON (State Bar No. 96192)
rthompson@fbm.com
JEFFREY M. FISHER (State Bar No. 155284)
jfisher@fbm.com
DEEPAK GUPTA (State Bar No. 226991)
dgupta@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
ZEP SOLAR, INC.; TRINA SOLAR (U.S.), INC.; and
CHANGZHOU TRINA SOLAR ENERGY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEP SOLAR, INC., a California corporation; TRINA SOLAR (U.S.), INC., a Delaware corporation; and CHANGZHOU TRINA SOLAR ENERGY CO., LTD., a People's Republic of China Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTINGHOUSE SOLAR, INC., (formerly known as AKEENA SOLAR, INC.), a Delaware corporation; and ANDALAY SOLAR, INC., a California corporation,<br><br>Defendants. | Case No. 3:11-CV-3800-JSW<br><br>[PROPOSED] ORDER GRANTING MOTION FOR A SUPPLEMENTAL STAY PURSUANT TO 28 U.S.C. § 1659 PENDING RELATED UNITED STATES INTERNATIONAL TRADE COMMISSION INVESTIGATION AS MODIFIED<br><br>Date: March 16, 2012<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
MOTION FOR STAY
CASE NO. 3:11-CV-3800-JSW

27066\2883273.1

| | |
|---|---|
| 1 | Based on Plaintiffs' non-opposition, and **ORDER** |
| 2 | Pursuant to 28 U.S.C. § 1659(a), this Court HEREBY ORDERS that this case is |
| 3 | supplementally stayed pending disposition of the United States International Trade Commission |
| 4 | Proceedings styled *In the Matter of Certain Integrated Solar Power Systems And Components* |
| 5 | *Thereof*, Investigation No. 337-TA-811. ~~The Court hereby vacates its requirement that the parties~~ |
| 6 | ~~provide status reports every four months.~~ **The parties shall file status reports every *six* months so that the Court may keep track of the progress of all proceedings.** |
| 7 | IT IS SO ORDERED. |

Dated: December 9, 2011

Hon. Jeffrey S. White
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOTION
FOR STAY
CASE NO. 3:11-CV-3800-JSW

- 2 -

27066\2883273.1